```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 04617
   RALPH E ECXFORD
   RUTH E ECXFORD                               CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

          Debtor
   SSN XXX-XX-7642      SSN XXX-XX-7136


----------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 02/06/04 and confirmed on 05/21/04.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  76850.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | 50323.00 | .00 | 50323.00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | 4502.70 | .00 | 4502.70 |
| NUVELL CREDIT COMPANY LL | SECURED | 5200.00 | 1473.09 | 5200.00 |
| AFFILIATED UROLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | 991.80 | .00 | 991.80 |
| CERTIFIED SERVICES INC | UNSECURED | 306.05 | .00 | 306.05 |
| CERTIFIED SERVICES INC | UNSECURED | 175.68 | .00 | 175.68 |
| PROVENA ST THERESE MEDIC | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |
| VISTA MEDICAL CENTER EAS | UNSECURED | NOT FILED | .00 | .00 |
| NUVELL CREDIT COMPANY LL | UNSECURED | 8657.16 | .00 | 8657.16 |
| VIBHAKAR SHAH MD | UNSECURED | 137.20 | .00 | 137.20 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 60025.70 | .00 | 10267.89 | .00 | 70293.59 |
| PRINCIPAL PAID | 60025.70 | .00 | 10267.89 | .00 | 70293.59 |
| INTEREST PAID | 1473.09 | .00 | .00 | .00 | 1473.09 |
| TOTAL PAID | 61498.79 | .00 | 10267.89 | .00 | 71766.68 |

```
The Debtor's attorney, KENNETH S BORCIA & ASSOC       , was allowed $   2700.00
and was paid $   1306.00   direct and $    1394.00   through the plan.

The Trustee received $    3174.26 .

Refunds to the Debtor totaled $     515.06 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 05/21/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE
```